IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Steven M. Barber,

        Plaintiff,

        vs.                              Case No. 11-2288-JTM

Galaxy Credit, LLC,

        Defendant.

ORDER OF DEFAULT JUDGMENT

On July 20, 2011, the court found defendant Galaxy Credit, LLC to be in default. Plaintiff Steven Barber has now moved for a default judgment against the defendant.

Pursuant to Fed.R.Civ.P. 55(b)(2), the court finds that the defendant has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure, and the time allowed for such pleading or defense has elapsed.

For good cause shown, the court hereby enters judgment against Galaxy Credit, LLC and in favor of the plaintiff for: (a) $1000.00 in statutory damages, pursuant to 15 U.S.C. § 1692k(a)(1); (b) $1,625.00 in attorney fees (reflecting 6.5 hours at $250.00 per hour), pursuant to 15 U.S.C. § 1692k(a)(3);  and (c) costs in the amount of $355.79 (the court's filing fee plus $5.75 in services costs), also pursuant to § 1692k(a)(3).

IT IS SO ORDERED this 4th day of January, 2012.

                                                       s/ J. Thomas Marten

                                                       J. THOMAS MARTEN, JUDGE